VILLAGE OF MAMARONECK, Appellant, v. COUNTRY CLUB BEACH OPERATING Co., ARTHUR C. KANE and JOHN F. KANE, JR., Doing Business under the Name of COUNTRY CLUB BEACH, COUNTRY CLUB BEACH, INC., a Membership Corporation, MACBAR REALTY HOLDING CORP., and THE BANKERS TRUST COMPANY,

as Trustee, Respondents.— In an action for an injunction restraining defendants from causing or permitting automobiles to be parked on certain premises, consisting of three lots, judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.